UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AVMI, L.L.C., ET AL.,<br>        **Plaintiffs** | CIVIL ACTION |
| VERSUS | NO. 23-1845 |
| METAIRIE TOWERS CONDOMINIUM<br>ASSOCIATION, INC., ET AL.,<br>        **Defendants** | SECTION: "E" (4) |

**ORDER**

This matter was originally filed as Case No. 839-979, 24th Judicial District Court, Jefferson Parish, Louisiana, and removed to this Court on June 1, 2023.[1]

On July 18, 2023, Plaintiffs filed their Motion to Remand.[2] Certain Defendants filed a response in opposition,[3] and Plaintiffs replied.[4]

On August 15, 2023, the Court entered a minute entry allowing jurisdictional discovery with respect to the issues raised in the Motion to Remand.[5] The Court set an evidentiary hearing on those issues for Monday, August 28, 2023.[6]

The Defendants opposing remand have withdrawn their opposition, and the Court has accordingly canceled the evidentiary hearing.[7]

This Court has the authority to grant the Motion to Remand as unopposed. Having considered the motion, the record, the memorandums in support, and the applicable law, the Court will grant the motion to remand. Accordingly;

---

[1] R. Doc. 1.
[2] R. Doc. 28.
[3] R. Doc. 36.
[4] R. Doc. 46.
[5] R. Doc. 42.
[6] *Id.*
[7] R. Doc. 48.

**IT IS ORDERED** that Plaintiffs' Motion to Remand is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is remanded to the 24th Judicial District Court, Jefferson Parish, Louisiana.

**New Orleans, Louisiana, this 25th day of August, 2023.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**